# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-04196-ELR
### Lang v. Sig Sauer, Inc.
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 06/11/2024.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:15 P.M.
TIME IN COURT: 6:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: CSO Smitherman
DEPUTY CLERK: Michelle Beck

**ATTORNEY(S) PRESENT:**
Matthew Bonham representing Robert Lang
Kristen Dennison representing Sig Sauer, Inc.
Brian Gibson representing Sig Sauer, Inc.
Ryan Hurd representing Robert Lang
Robert Zimmerman representing Robert Lang

**OTHER(S) PRESENT:** Charles "Chip" Davis with Sig Sauer, Inc.

**PROCEEDING CATEGORY:** Jury Trial Began

**MOTIONS RULED ON:**
[107]Motion for Order DENIED as moot in light of ruling on [Doc. 117].
[109]Motion for Order DENIED in light of ruling on [Doc. 118].
[122]Motion in Limine DENIED.

**MINUTE TEXT:** Court called to order. Also present during the trial is Corporate Representative Timothy Lachance (with the Defense) and IT professional Charles "Chip" Davis (with the Defendant). Court addressed issues with the parties and made rulings. Potential jurors entered and the parties were introduced. Voir dire began. Forty-five (45) minute lunch break. Voir dire resumed. Jury selected and jurors released for the day with the usual precautions given by the Court. Court adjourned.

**HEARING STATUS:** Hearing not concluded. Court adjourned and will reconvene at June 12, 2024 at 9:00am. Jurors excused until the above time under the usual caution of the Court.

**TRIAL STATUS:** Jury Selection Only, continued