# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-04196-ELR
### Lang v. Sig Sauer, Inc.
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 06/12/2024.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:15 P.M.
TIME IN COURT: 6:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: CSO Smitherman
DEPUTY CLERK: Michelle Beck

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Matthew Bonham representing Robert Lang<br>Kristen Dennison representing Sig Sauer, Inc.<br>Brian Gibson representing Sig Sauer, Inc.<br>Ryan Hurd representing Robert Lang<br>Robert Zimmerman representing Robert Lang |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| MINUTE TEXT: | Court called to order. Also present during the trial is Corporate Representative Timothy Lachance (with the Defense) and IT professional Charles "Chip" Davis (with the Defense). Court addressed issues with the parties and made rulings. Court addressed Defendants objections included in [Doc. 120]. Objection #1 is sustained. Objection #2 is sustained. Objection #3 is overruled. Objection #4 is overruled. Jurors were sworn. Opening statements of the parties. Plaintiff witness Sean Toner was sworn and provided testimony. Plaintiff Exhibit #82 was ADMITTED. Joint exhibits # 4 and 8 were ADMITTED. One (1) hour lunch break. Witness Toner continued providing testimony. Defense exhibits # 26, 58 and 47 were ADMITTED. Plaintiff exhibit #s 76, 78, 82 and 123 were ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at June 13, 2024 @ 9:00am. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |