# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-04196-ELR
## Lang v. Sig Sauer, Inc.
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 06/18/2024.

TIME COURT COMMENCED: 9:15 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 5:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: CSO Smitherman
DEPUTY CLERK: Michelle Beck

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Matthew Bonham representing Robert Lang<br>Kristen Dennison representing Sig Sauer, Inc.<br>Brian Gibson representing Sig Sauer, Inc.<br>Ryan Hurd representing Robert Lang<br>Robert Zimmerman representing Robert Lang |
| OTHER(S) PRESENT: | IT Professional Dan Codman and Corporate Representative Timothy Lachance (with the Defense) |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| MINUTE TEXT: | Court called to order. Also present during the trial is Corporate Representative Timothy Lachance (with the Defense) and IT professional Dan Codman (with the Defense). Closing arguments of the parties. Deliberations began at 12:15pm. One (1) hour lunch break. Deliberations continued. Jurors were excused for the day with the usual precautions given by the Court. Court adjourned. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at June 20, 2024 2 9:15am. Jurors excused until the above time under the usual caution of the Court. |