FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 20 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# VERDICT FORM

We, the jury, return the following verdict:

1. Did the defendant, Sig Sauer, Inc., supply a product that was defectively designed at the time the product left the defendant's control because it did not possess a tabbed trigger?

    YES ✓

    NO ____

If your answer to question 1 is yes, proceed to Question 2. If your answer to question 1 is no, proceed to question 3.

2. Did the defective design of the P320 cause harm to Plaintiff Robert Bryan Lang?

    YES ✓

    NO ____

Proceed to question 3.

3. Did the defendant, Sig Sauer, Inc. supply a product that was defective because adequate warnings about the possibility of unintended discharges were not provided?

    YES ✓

    NO ____

1

If your answer to question 3 is yes, proceed to Question 4. If your answer to question 4 is no, proceed to question 5.

    4.    **Did the absence of warnings cause harm to Plaintiff Robert Bryan Lang?**

    YES __✓__

    NO _____

Proceed to question 5.

    5.    **Was the defendant, Sig Sauer, Inc., negligent for selling the P320 without a tabbed trigger?**

    YES __✓__

    NO _____

If your answer to question 5 is yes, proceed to question 6. If your answer to question 5 is no, proceed to question 7.

    6.    **Did the defendant, Sig Sauer, Inc.'s negligence in the sale of P320 cause harm to Plaintiff Robert Bryan Lang?**

    YES __✓__

    NO _____

Proceed to question 7.

7. **Was the defendant, Sig Sauer, Inc., negligent for failing to warn customers of the risk of the P320 unintendedly discharging?**

YES ✓

NO _____

If your answer to question 7 is yes, proceed to question 8. If your answer to question 7 is no, proceed to question 9.

8. **Did the defendant, Sig Sauer, Inc.'s failure to warn customers of the risk of unintended discharges cause harm to Plaintiff Robert Bryan Lang?**

YES ✓

NO _____

Only proceed to question 9 if you answered YES to questions 1 AND 2; and/or 3 AND 4; and/or 5 AND 6; and/or 7 AND 8. If you did not answer YES to any of those combinations of questions, your verdict is for the defendant, and you should not proceed further except to date and sign this verdict form and return it to the courtroom.

9. **Was there negligence on the part of Plaintiff Robert Bryan Lang, which was a cause of his damage?**

YES _____

NO ✓

3

11. What is the amount of any damages sustained by Plaintiff Robert Bryan Lang for pain and suffering, disability, physical impairment, mental anguish, inconvenience, the loss of enjoyment of life, and stipulated past medical expenses?

    a. In the past? $1,610,000.00

    b. In the future? $690,000.00

    c. Stipulated past medical expenses $50,963.43

TOTAL DAMAGES of Plaintiff Robert Bryan Lang:

(add lines 11(a) and (b) and (c)): $2,350,963.43

SO SAY WE ALL, this 20th day of June, 2024.

_[signature]_ FOREMAN OR FOREWOMAN

Zechariah M<sup>c</sup>Intyre